UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021
```

KALUP SOMARGE,

                    Plaintiff

-against-

NEW YORK STATE REVENUE DEPARTMENT,

                    Defendant.

21-MC-170 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiffs filed this *pro se* action as a purported miscellaneous case (Dkt. 1);

    WHEREAS Plaintiffs' complaint does not fit any of the listed categories of miscellaneous matters;

    IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to open this case as a new unassigned civil action.

2. The Clerk of Court is directed to terminate any pending motions and administratively close this miscellaneous case.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   February 5, 2021
          New York, New York

                                                VALERIE CAPRONI
                                             United States District Judge